THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JANE GILBERT, Appellant.

Argued March 7, 1939; decided April 11, 1939.

*Milton I. Weintraub* and *Louis E. Drago* for appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and LOUGHRAN, JJ.